FILED IN MY OFFICE
DISTRICT COURT CLERK
1/16/2015 3:06:49 PM
STEPHEN T. PACHECO
Rochelle Ortiz

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

NICOLE SALGADO,

      Plaintiff,

V.                        No._____ D-101-CV-2015-00097

BNSF RAILWAY COMPANY,
BURLINGTON NORTHERN SANTA FE, L.L.C.,
BERKSHIRE HATHAWAY Inc., and
JOHN DOE

      Defendants.

## COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

Nicole Salgado by attorney John A. Aragon, Esq., complains:

1.      Nicole Salgado is a resident of Santa Fe, New Mexico.

2.      BNSF Railway Company and Burlington Northern Santa Fe L.L.C., are out of state corporations doing business in New Mexico. Both companies are subsidiaries of Berkshire Hathaway Inc., which is also an out of state corporation doing business in New Mexico. The present BNSF Railway Company dates back to a January 13, 1961 incorporation in Deleware under a different name.

3.      At all times material to this complaint, John Doe was a resident of New Mexico employed by BNSF Railway Company or Burlington Northern Santa Fe, L.L.C., or Berkshire Hathaway Inc., (hereinafter "the corporate defendants").

4.      John Doe's true name is not known to Plaintiff. Plaintiff intends to amend this complaint to include John Doe's true name after it is discovered in this lawsuit.

EX. A

5.     On January 10, 2013 Nicole Salgado (at the time named Nicole Morrow) drove a 2008 Nissan SV North on U.S. 60 in DeBaca County. Ms. Morrow operated her vehicle in conformance to all New Mexico traffic laws in effect at that time.

6.     John Doe drove a utility truck displaying the BNSF logo, north on U.S. 60. John Doe came forward behind Ms. Morrow's vehicle, "tailgated" her, then passed on Ms. Morrow's left. As John Doe passed Ms. Morrow he cut back into the northbound lane forcing Ms. Morrow to drive her right wheels off of the pavement. She lost control of her vehicle, and crossed the southbound lane. There the vehicle again left the pavement, "tripped" and rolled three times. Ms. Morrow was ejected from the vehicle.

7.     In operating his vehicle John Doe had a duty to exercise ordinary care at all times to prevent an accident. However, John Doe breached his duty of ordinary care in one or more of the following ways; failure to pass safely, speeding, failure to devote his full attention to the operation of his vehicle; failure to keep a proper lookout; failure to maintain proper lane of travel; and careless driving. John Doe may have been otherwise negligent by act or omission.

8.     As a direct and proximate result of John Doe's negligence Nicole Salgado suffered serious and permanent injuries including lacerations of her hand, concussion, three broken vertebrae and lacerations of her liver. She has suffered and will in the future suffer physical pain and psychological or emotional pain and anxiety and she has incurred and will in the future incur medical expenses endeavoring to heal her injuries. She has lost wages, lost earning capacity and lost ability to perform household services.

9.     At the time of the accident, John Doe was an employee of the corporate defendants named above and he acted in the course and scope of his employment and the

corporate defendants named above and the corporate defendants are liable to Ms. Salgado for her damages caused by John Doe's negligent acts, by virtue of the Doctrine of Respondeat Superior.

WHEREFORE, Plaintiff prays for damages for personal injury in such amount as shall be proven reasonable at trial, fro costs, pre and post judgment interest and all other just relief.

Respectfully submitted:

_____

John A. Aragon, Esq.
523 Barela Lane
Santa Fe, New Mexico   87505
(505) 983-7863
JohnAragonLaw@Gmail.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/2/2015 4:26:47 PM
STEPHEN T. PACHECO
Maureen Naranjo

**4-206. Summons.**

# ISSUED

[For use with District Court Civil Rule 1-004 NMRA]

| **SUMMONS** | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>   Post Office Box 2268 /225 Montezuma Ave.<br>   Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s): BNSF Railway Company, Burlington Northern Santa Fe, L.L.C., Berkshire Hathaway Inc., and John Doe. | Defendant<br>Name: Berkshire Hathaway Inc.<br>Address:<br>c/o Justin Rodriguez, Esq.<br>201 Third Street NW # 1850<br>Albuquerque, NM<br>87102 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.** A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.** You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 2nd day of March, 2015.

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _Sabrada Hernandez_
      Deputy

ꝏ/ *John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO  )
                      )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____[2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

     1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

     2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/12/2015 4:24:39 PM
STEPHEN T. PACHECO
Rochelle Ortiz

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s):   BNSF   Railway   Company,<br>Burlington Northern Santa Fe, L.L.C., Berkshire<br>Hathaway Inc., and John Doe. | Defendant<br>Name: Berkshire Hathaway Inc.<br>Address:<br>Sharon L. Heck<br>3555 Farnam Street,<br>Ste. 1440<br>Omaha, NE 68131 |

**TO THE ABOVE NAMED DEFENDANT(S):**  Take notice that

**1.** A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.** You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 12 day of March, 2015.

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

By: Rochelle D. Ortiz
Deputy

S/ *John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO   )
                           )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]      to _____, an agent authorized to receive service of process for defendant _____.

[ ]      to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[  ]      to  _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____[2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

      1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
      2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/26/2015 12:17:03 PM
STEPHEN T. PACHECO
Jorge Montes

# ISSUED

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County,  New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s):   BNSF   Railway   Company,<br>Burlington  Northern  Santa  Fe,  L.L.C.,  Berkshire<br>Hathaway Inc., and John Doe. | Defendant<br>Name: Berkshire Hathaway Inc.<br>Address:<br>Sharon L. Heck<br>3555 Farnam Street,<br>Ste. 1440<br>Omaha, NE 68131 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 26th day of March, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
             Deputy

*John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO  )
                                          )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]      to _____, an agent authorized to receive service of process for defendant _____.

[ ]      to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____[2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

## USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/2/2015 4:26:47 PM
STEPHEN T. PACHECO
Maureen Naranjo

**4-206. Summons.**

# ISSUED

[For use with District Court Civil Rule 1-004 NMRA]

| **SUMMONS** | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s): BNSF Railway Company, Burlington Northern Santa Fe, L.L.C., Berkshire Hathaway Inc., and John Doe. | Defendant<br>Name: BNSF Railway<br>Address:<br>c/o Justin Rodriguez, Esq.<br>201 Third Street NW # 1850<br>Albuquerque, NM<br>87102 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 2nd day of March, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _Subrata Hernandez_
        Deputy

ṡ/ *John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO  )
                                             )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to  _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees:  _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

     1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
     2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/12/2015 4:24:39 PM
STEPHEN T. PACHECO
Rochelle Ortiz

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s): BNSF Railway Company, Burlington Northern Santa Fe, L.L.C., Berkshire Hathaway Inc., and John Doe. | Defendant<br>Name: BNSF Railway<br>Address:<br>Leslie L. Keener<br>106 North First St.<br>Belen, NM 87002 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 12 day of March, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY _____
Deputy

/S/ John A. Aragon, Esq.

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )
                    )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to  _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

## USE NOTE

      1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

      2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/26/2015 12:17:03 PM
STEPHEN T. PACHECO
Jorge Montes

# ISSUED

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| **SUMMONS** | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s):    BNSF    Railway    Company,<br>Burlington Northern Santa Fe, L.L.C., Berkshire<br>Hathaway Inc., and John Doe. | Defendant<br>Name: BNSF Railway<br>Address:<br>Leslie L. Keener<br>106 North First St.<br>Belen, NM 87002 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 26th day of March, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
         Deputy

*John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO  )
                             )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to  _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

USE NOTE

     1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

     2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

**4-206. Summons.**

# ISSUED

[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s): BNSF Railway Company, Burlington Northern Santa Fe, L.L.C., Berkshire Hathaway Inc., and John Doe. | Defendant<br>Name: Burlington Northern Santa Fe. L.L.C.<br>Address:<br>c/o Justin Rodriguez, Esq.<br>201 Third Street NW # 1850<br>Albuquerque, NM<br>87102 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 2nd day of March, 2015.

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _Salvador Hernandez_
       Deputy

ǝ/ _John A. Aragon, Esq._
_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO  )
                         )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

    1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/26/2015 12:17:03 PM
STEPHEN T. PACHECO
Jorge Montes

# ISSUED

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| | |
|---|---|
| **SUMMONS** | |
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>     Post Office Box 2268 /225 Montezuma Ave.<br>     Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz |
| Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s):   BNSF   Railway   Company,<br>Burlington Northern Santa Fe, L.L.C., Berkshire<br>Hathaway Inc., and John Doe. | Defendant<br>Name: Burlington Northern Santa Fe.<br>L.L.C.<br>Address:<br>Leslie L. Keener<br>106 North First St.<br>Belen, NM 87002 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may wish to contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 26th day of March, 2015.

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
          Deputy

*John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.**

# RETURN[1]

STATE OF NEW MEXICO  )
                                 )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

USE NOTE

     1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

     2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/12/2015 4:24:39 PM
STEPHEN T. PACHECO
Rochelle Ortiz

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

<table>
<tr><td colspan="2"><strong>SUMMONS</strong></td></tr>
<tr><td>District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br> Court Telephone No.: 505-455-8250</td><td>Case Number: D-101-CV-2015-00097<br><br><br>Assigned Judge:<br>Raymond Z. Ortiz</td></tr>
<tr><td>Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s):   BNSF   Railway   Company,<br>Burlington Northern Santa Fe, L.L.C., Berkshire<br>Hathaway Inc., and John Doe.</td><td>Defendant<br>Name: Burlington  Northern  Santa  Fe.<br>L.L.C.<br>Address:<br>Leslie L. Keener<br>106 North First St.<br>Belen, NM 87002</td></tr>
</table>

<strong>TO THE ABOVE NAMED DEFENDANT(S)</strong>:  Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**     If you need an interpreter, you must ask for one in writing.

**7.**     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 12 day of, 2015.

*/S/ John A. Aragon, Esq.*

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

By: _____
Deputy

Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.
<strong>RETURN</strong>[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

  1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
  2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/2/2015 4:26:47 PM
STEPHEN T. PACHECO
Maureen Naranjo

**4-206. Summons.**

# ISSUED

[For use with District Court Civil Rule 1-004 NMRA]

<table>
<tr><td colspan="2"><strong>SUMMONS</strong></td></tr>
<tr>
<td>District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>    Post Office Box 2268 /225 Montezuma Ave.<br>    Santa Fe, NM 87501<br>Court Telephone No.: 505-455-8250</td>
<td>Case Number: D-101-CV-2015-00097<br><br>Assigned Judge:<br>Raymond Z. Ortiz</td>
</tr>
<tr>
<td>Plaintiff(s):<br>Nicole Salgado<br>v.<br>Defendant(s): BNSF Railway Company, Burlington Northern Santa Fe, L.L.C., Berkshire Hathaway Inc., and John Doe.</td>
<td>Defendant<br>Name: John Doe.<br>Address:<br>c/o Justin Rodriguez, Esq.<br>201 Third Street NW # 1850<br>Albuquerque, NM<br>87102</td>
</tr>
</table>

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.**    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.**    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.**    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**    If you need an interpreter, you must ask for one in writing.

**7.**    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 2nd day of March, 2015.

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _Sabrina Hernandez_
    Deputy

√/ *John A. Aragon, Esq.*

_____
Signature of Attorney for Plaintiff/Pro Se Party
Name: John Aragon
Address: 523 Barela Ln. Santa Fe, N.M. 87505
Telephone No.: (505) 983-7863 Fax No.:(505) 989-4284
Email Address: JohnAragonLaw@Gmail.com

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.**

# RETURN[1]

STATE OF NEW MEXICO  )

                            )ss

COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to _____ (*name of person*), _____,
(*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____[2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

  1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
  2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]